AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

MARK ANTHONY BUCKNER,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 419-302

COMMISSIONER ANDREW SAUL,
SOCIAL SECURITY ADMINISTRATION,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated March 23, 2021, the Magistrate Judge's Report and Recommendation is ADOPTED as the Court's opinion; therefore, Plaintiff's objections are OVERRULED and the Commissioner's final decision is AFFIRMED. This case stands CLOSED.



03/23/2021
Date

John E. Triplett, Acting Clerk
Clerk

_Jamie Sabalza_
(By) Deputy Clerk

GAS Rev 10/2020